# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY MARTIN,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>RETRIEVER MEDICAL/DENTAL PAYMENTS LLC and CRANIAL TECHNOLOGIES, INC.<br><br>　　　　*Defendants.* | Case No. 7:26-cv-00298<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR SIDNEY MARTIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

　　　　Plaintiff Sidney Martin dismisses her action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), in its entirety without prejudice, with each party to bear their own fees and costs.

Dated: February 2, 2026　　　　　　　　　　　　DWOSKIN WASDIN LLP

　　　　　　　　　　　　　　　　　　　　　　　*s/ Eric S. Dwoskin*
　　　　　　　　　　　　　　　　　　　　　　　Eric S. Dwoskin
　　　　　　　　　　　　　　　　　　　　　　　433 Plaza Real, Suite 275
　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33432
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (561) 849-8060
　　　　　　　　　　　　　　　　　　　　　　　edwoskin@dwowas.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*